UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CIVIL ACTION CASE NO.:

RL 900 PARK LLC, a Florida limited liability company,

Plaintiff,

v.

SIMONE ENDER, INDIVIDUALLY AND AS THE EXECURTIX OF THE ESTATE OF PAUL ANTHONY ENDER; MONIQUE ENDER SILBERMAN; BRIGETTE LAING; DANUTA MARYIAK, AS GUARDIAN FOR EMELYE ENDER; JACK MANN; JOAN MANN; UNKNOWN TENANT IN POSSESSION #1; and UNKNOWN TENANT IN POSSESSION #2,

Defendants.
_____________________________________________/

**SUMMONS IN A CIVIL ACTION**

To: **BRIGETTE LAING**
51 E. 73rd Street Apt 2C
New York, New York 10021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you, (not counting the day you received it) – you must serve on the Plaintiff an answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or Motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

**Roger Slade, Esq.**
**Lauren Fallick, Esq.**
**Haber Law, P.A.**
**251 N.W. 23rd Street**
**Miami, Florida 33127**

If you fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ____________________

**CLERK OF COURT**

________________________
*Signature of Clerk of Deputy Clerk*