USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RL 900 PARK LLC, a Florida limited liability company,

          Plaintiff,

-against-

SIMONE ENDER, INDIVIDUALLY AND AS THE EXECURTIX OF THE ESTATE OF PAUL ANTHONY ENDER; MONIQUE ENDER SILBERMAN; BRIGETTE LAING; DANUTA MARYIAK, AS GUARDIAN FOR EMELYE ENDER; JACK MANN; JOAN MANN; UNKNOWN TENANT IN POSSESSION #1; and UNKNOWN TENANT IN POSSESSION #2,

          Defendants.

18 Civ. 12121 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      On September 23, 2019, the Honorable Kevin Nathaniel Fox granted the motion of counsel for Defendants Simone Ender and Monique Ender Silberman to withdraw from this case, and ordered Ender and Silberman to inform the Court by October 11, 2019, as to whether they had retained new counsel or intended to proceed *pro se*. ECF No. 126. Neither Defendant has complied with that order. On October 21, 2019, this Court again ordered Ender and Silberman to inform the Court by November 8, 2019, whether they had retained new counsel or intended to proceed *pro se*. ECF No. 131. On October 28, 2019, the Court extended the deadline to November 15, 2019. ECF No. 133. Plaintiff personally served Ender with the Court's October 21 order on October 28, 2019, ECF Nos. 134, and its October 28 order on November 4, 2019, ECF No. 135, and personally served Silberman with both orders on October 25, 2019. ECF No. 136. To date, neither Ender nor Silberman has informed the Court that she has retained counsel. The Court does not intend to allow this litigation to be delayed any further. Accordingly, the Court will assume both Defendants are proceeding *pro se*.

      In light of Defendants' continued failure to appear or respond to the Court's orders, the case management conference scheduled for November 21, 2019, is ADJOURNED *sine die*.

      The Clerk of Court is directed to mail a copy of this order to Defendants *pro se* at the following addresses:

Simone Ender
710 Park Avenue, Unit 4A
New York, NY 10021

Monique Ender Silberman
860 5th Avenue, Apartment 7F
New York, NY 11232

    SO ORDERED.

Dated: November 18, 2019
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge