```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RL 900 PARK LLC,

                Plaintiff,

    -against-

SIMONE ENDER, et al.,

                Defendants.

1:18-cv-12121

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that Plaintiff must submit a letter brief to the Court, not to exceed five (5) pages, regarding why Plaintiff believes the assertion in Plaintiff's Status Report [ECF #178] that the "act of entering a Final Judgment in this case will not run afoul of the Governor's Order." The letter should be filed on or before June 5, 2020.

    IT IS FURTHER ORDERED that any other Party to this action may, if that Party chooses, file a letter regarding the Plaintiff's assertion on or before June 5, 2020.

**SO ORDERED.**

**Date: May 19, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**