UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RL 900 PARK LLC,

            Plaintiff,

    -against-

SIMONE ENDER, et al.,

            Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2020
```

1:18-cv-12121 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The motion of Central Park Partners NY LLC to intervene in this action as a Defendant [ECF #190] is GRANTED. The Clerk is respectfully requested to leave open the motion at ECF #190.

**SO ORDERED.**

Date:  **July 27, 2020**
        **New York, NY**

*[signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**