UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RL 900 PARK LLC,

               Plaintiff,

       -against-

SIMONE ENDER, et al.

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2020
```

1:18-cv-12121 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    For the reasons discussed at the conference on July 29, 2020, Plaintiff's motion for a default judgment is DENIED without prejudice to renewal.

    Additionally, Intervenor-Defendant Central Park Partners NY LLC's motion to dismiss the Complaint is DENIED for the reasons discussed on the record at the July 29, 2020 conference. Specifically, questions of fact remain as to whether the Intervenor-Defendant, when it purchased the property in question, had knowledge of Plaintiff's claims against the property.

    By separate order today, the Court will enter a Scheduling Order setting the timeline for discovery in this case.

**SO ORDERED.**

**Date: August 3, 2020**
**New York, NY**

                                               */s/ Mary Kay Vyskocil*
                                               **MARY KAY VYSKOCIL**
                                               **United States District Judge**