UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RL 900 PARK LLC,

                Plaintiff,

-against-

SIMONE ENDER, et al,

                Defendants.

-and-

CENTRAL PARK PARTNERS NY LLC

                Intervenor-Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2020

1:18-cv-12121-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

        Plaintiff has submitted a motion [ECF #204] regarding Intervenor-Defendant Central Park Partners NY LLC's noncompliance with the Court's Scheduling Order regarding discovery [ECF #198].  Plaintiff's letter was filed in violation of the Court's Individual Practices, which require the submission of a joint letter for all discovery-related disputes.  *See* Individual Rules of Practice in Civil Cases for Judge Mary Kay Vyskocil, Rule 3(D).  Given the limited period for discovery in this case, the Court will consider the letter.  The Motion is GRANTED to the extend set forth herein.

        IT IS HEREBY ORDERED that Intervenor-Defendant Central Park Partners NY LLC must serve its initial disclosures on or before August 31, 2020.  Failure to comply with this deadline will result in sanctions, potentially including dismissal of Intervenor-Defendant's claims in this case and striking of its Answer.

IT IF FURTHER ORDERED that Intervenor-Defendant's "Demand for a Bill of Particulars" is stricken.  This is not an available mechanism in federal court.  *See* Federal Rule of Civil Procedure 12(e)

IT IS FURTHER ORDERED that a discovery compliance and status conference will be held on September 9, 2020 at 10:30AM.  The conference will be held telephonically.  To join the conference, dial 888-278-0296 and enter access code 5195844.

IT IS FURTHER ORDERED that all Parties to this case strictly must comply with the Federal Rules of Civil Procedure, the Local Rules of this District, and the Court's Individual Practices, as well as all deadlines set in this case.  Failure to do so will result in sanctions.  There will be no extensions of existing deadlines absent exceedingly good cause.

**SO ORDERED.**

Date:  **August 27, 2020**          _____
New York, NY                              **MARY KAY VYSKOCIL**
                                                         **United States District Judge**